UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                     )
                     )
IN RE: DIMITRY JOFFE )          MISC. BUSINESS DOCKET
                     )          NO. 21-mc-91017-WGY
_____)
```

YOUNG, D.J.                                    January 22, 2021

**ORDER TO SHOW CAUSE**

WHEREAS, pursuant to District of Massachusetts Local Rule 83.6.5(c)(2) attorney DIMITRY JOFFE has on January 12, 2021 been referred to this Session of the Court for potential attorney discipline; and

WHEREAS, the notice of such referral is hereby ordered served on the said DIMITRY JOFFE, along with a copy of Local Rule 83.6.5 in accordance with that rule;

NOW THEREFORE, pursuant to Local Rule 83.6.5(i)(4), the said DIMITRY JOFFE shall, within **twenty-eight (28) days** after service of this Order show cause in writing, if any he has, why discipline by this Court would be unwarranted, the reasons therefore, and whether a hearing is requested. A hearing will be held if requested, otherwise the matter will be determined upon the record without a hearing.

[2]

**DATED: JANUARY 22, 2021**

```
                              BY: /S/ William G. Young
                                  WILLIAM G. YOUNG
                                  U.S. DISTRICT JUDGE
```