UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

BOSTON MA 021
25 JAN 2021 PM 5 L

NEOPOST
01/25/2021
US POSTAGE $000.51⁰

FIRST-CLASS MAIL

ZIP 02210
041M11276665





Dimitry Joffe
Law Office of Dimitry Joffe
230 Park Avenue
10th Floor
New York

NIXIE    100    DE 1    0002/05/21
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 02210302599    *1721-00695-25-42

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: DIMITRY JOFFE ) | MISC. BUSINESS DOCKET<br>NO. 21-mc-91017-WGY |

YOUNG, D.J.                                                January 22, 2021

### ORDER TO SHOW CAUSE

WHEREAS, pursuant to District of Massachusetts Local Rule 83.6.5(c)(2) attorney DIMITRY JOFFE has on January 12, 2021 been referred to this Session of the Court for potential attorney discipline; and

WHEREAS, the notice of such referral is hereby ordered served on the said DIMITRY JOFFE, along with a copy of Local Rule 83.6.5 in accordance with that rule;

NOW THEREFORE, pursuant to Local Rule 83.6.5(i)(4), the said DIMITRY JOFFE shall, within **twenty-eight (28) days** after service of this Order show cause in writing, if any he has, why discipline by this Court would be unwarranted, the reasons therefore, and whether a hearing is requested. A hearing will be held if requested, otherwise the matter will be determined upon the record without a hearing.

[1]



I hereby certify on 1/25/21 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☑ electronically filed original filed on 1/25/21
☐ original filed in my office on _____

Robert M. Farrell
Clerk, U.S. District Court
District of Massachusetts

By: _____
Deputy Clerk

**DATED: JANUARY 22, 2021**

                                                    BY: /S/ William G. Young
                                                             WILLIAM G. YOUNG
                                                             U.S. DISTRICT JUDGE