# EXHIBIT C



Confidential