UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT M. FARRELL, Clerk of the Court, )<br>)<br>Movant, )<br>v. )<br>)<br>DIMITRY JOFFE, )<br>)<br>Respondent ) | MISC. BUSINESS DOCKET<br>No. 21-mc-91017-WGY |

## NOTICE OF APPEAL

Notice is hereby given that Respondent Dimitry Joffe hereby appeals to the United States Court of Appeals for the First Circuit from the District Court's order entered on September 7, 2021 (the "Discipline Order"), the order amending the Discipline Order entered on September 7, 2021 (the "Amended Order"), and the electronic order entered on September 16, 2021 denying Respondent's motion for reconsideration of the Discipline Order.

Dated: October 6, 2021

/s/ Dimitry Joffe
_____
Dimitry Joffe
JOFFE LAW P.C.
765 Amsterdam Ave, 2C
New York, NY 10025
Tel: (917) 929-1964
Email: dimitry@joffe.law

1

## **CERTIFICATE OF SERVICE**

I, Dimitry Joffe, hereby certify that on this 6th day of October 2021, I caused a copy of this Notice of Appeal to be sent electronically to the registered participants in this case through the ECF system.

/s/ Dimitry Joffe
Dimitry Joffe
